UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NORMAN TIMBERLAKE,<br><br>            Plaintiff,<br>  vs.<br><br>J. DAVID DONAHUE, Commissioner,<br><br>            Defendant. | No. 1:06-cv-1859-RLY-WTL |

**E N T R Y**

    The defendant's motion to strike filed on January 10, 2007, is **denied.** Counsel for the plaintiff shall have **through the close of business on January 11, 2007,** in which to cure the deficiency asserted in the motion to strike.

    The defendant has opted to file a motion to strike rather than an answer to the motion for preliminary injunction. In light of the above resolution of the motion to strike, the defendant shall have **through noon on Friday, January 11, 2007,** in which to file a response to the plaintiff's motion for preliminary injunction. In doing so, the defendant may assume that the deficiency identified in his motion to strike will be cured in conformity with the directions in the first paragraph of this Entry.

    **IT IS SO ORDERED.**


Date: 1/10/07

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Stephen R. Creason
INDIANA STATE ATTORNEY GENERAL
stephen.creason@atg.in.gov

Betsy M. Isenberg
INDIANA STATE ATTORNEY GENERAL
Betsy.Isenberg@atg.in.gov

Thomas D. Quigley
INDIANA STATE ATTORNEY GENERAL
thomas.quigley@atg.in.gov

Brent Westerfeld
bwesterfeld@wkelaw.com

Lorinda Meier Youngcourt
EVANS & YOUNGCOURT
P O Box 206
Huron, IN 47437-0206

Court Reporter

Courtroom Deputy Clerk

Pro Se Administrator