**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| NORMAL TIMBERLAKE, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 1:06-cv-1859-RLY-WTL |
| ) | |
| J. DAVID DONAHUE, Commissioner, ) | |
| ) | |
| Defendant. ) | |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff's motion to amend/correct his motion for preliminary injunction is **granted.** The effect of this ruling is that the motion for preliminary injunction filed on January 9, 2007, is deemed to have been signed by attorney Brent Westerfeld.

2. The plaintiff's request to proceed *in forma pauperis*, as now supplemented, is **granted.** The plaintiff is assessed an initial partial filing fee of $3.24. He shall have **through January 24, 2007,** in which to pay this sum to the clerk of the district court.

3. The defendant's motion to expedite discovery is **granted** to the extent that information relating to the presentation of evidence at trial should be exchanged without delay. No party will be deemed to have forfeited the opportunity to present evidence if it is timely disclosed to the other side. Witness and exhibit lists shall be filed with the clerk, and then supplemented, consistent with the foregoing.

4. The defendant's motion for judgment on the pleadings remains under advisement and the parties should be prepared to present argument at trial concerning the basis of that motion.

      5.      The defendant shall make available as witnesses persons employed by or contracted with the Indiana Department of Correction at the Indiana State Prison, even if the names of those persons are not known, if the plaintiff requests them and describes their duties in relation to the impending execution in sufficient detail to permit the defendant to identify them. The defendant shall also make available as a witness a person knowledgeable concerning the execution protocol to be followed in carrying out the impending execution.

      6.      The defendant shall file and serve on counsel for the plaintiff **not later than 12:00 noon on Tuesday, January 16, 2007,** a statement identifying the protocol the Indiana Department of Correction intends to use to carry out the impending execution of the plaintiff. This may be referred to by a designation previously revealed in the course of discovery or may be reproduced in its entirety if the intended protocol is one not yet formally adopted by the Department of Correction. The defendant may file the protocol under seal if that treatment is warranted. The purpose of this is to inform the plaintiff, in advance of trial, of the protocol to be followed.

      7.      The court is endeavoring to arrange for witnesses located at the Indiana State Prison to testify through a videoconferencing link. This shall include the plaintiff, the defendant, and other prison or contract personnel. Any such witnesses shall be available on the morning of trial.

      **IT IS SO ORDERED.**


Date:  January 12, 2007

                                      RICHARD L. YOUNG, JUDGE
                                      United States District Court
                                      Southern District of Indiana

Distribution:

Stephen R. Creason
INDIANA STATE ATTORNEY GENERAL
stephen.creason@atg.in.gov

Betsy M. Isenberg
INDIANA STATE ATTORNEY GENERAL
Betsy.Isenberg@atg.in.gov

Thomas D. Quigley
INDIANA STATE ATTORNEY GENERAL
thomas.quigley@atg.in.gov

Brent Westerfeld
bwesterfeld@wkelaw.com

Lorinda Meier Youngcourt
EVANS & YOUNGCOURT
P O Box 206
Huron, IN 47437-0206

Courtroom Deputy Clerk