**Execution Date Information:  May 4, 2007  12:01 A.M**.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

David Leon Woods, #851767
Indiana State Prison
P.O. Box 41
Michigan City, IN  46131

| | |
|---|---|
| NORMAN TIMBERLAKE,<br>    Plaintiff,<br>MICHAEL LAMBERT and<br>DAVID LEON WOODS,<br>    Interveners<br><br>        VS.<br><br>ED BUSS, Superintendent<br>        Indiana State Prison<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No:1:06-CV-1859-RLY-TAB<br>)  **Capital Case**<br>)<br>)<br>)<br>) |

# NOTICE OF APPEAL

   Notice is hereby given that David Leon Woods, Intervener in the above case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the decision of this Court denying his Motion for Preliminary Injunction entered on May1st, 2007.

Respectfully Submitted


/s/ Linda M. Wagoner
Linda M. Wagoner,
155 S. Public Square
Angola, In 46703

/s/ William Van Der Pol, Jr.
William Van Der Pol, Jr.
P.O. Box 1799
Martinsville, In 46151

## Certificate of Service

I hereby certify that a copy of the foregoing has been served upon the Office of the Attorney General for the State of Indiana both electronically and by U.S. First Class Mail this 2nd day of May, 2007.

/s/ William Van Der Pol, Jr.
William Van Der Pol, Jr.

Linda M. Wagoner
155 S. Public Square
Angola, In. 46703
Ph: (260) 624-3343
Fax: (260) 624-3373

William Van Der Pol, Jr.
P.O. Box 1799
Martinsville, In. 46151
Ph: (765) 349-0362
Fax: (765) 349-2199