UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NORMAN TIMBERLAKE,<br><br>    Plaintiff,<br><br>MICHAEL ALLEN LAMBERT,<br><br>    Intervenor Plaintiff,<br>vs.<br><br>ED BUSS, Superintendent,<br>Indiana State Prison,<br><br>    Defendant. | No. 1:06-cv-1859-RLY-WTL |

**E N T R Y**

**I.**

Because intervenor plaintiff Michael Allen Lambert was executed on June 15, 2007, and because he sought only injunctive relief through his intervention and injunctive relief is no longer available to him, Lambert's claim is moot and he is **dismissed as a party.** The representation of Lambert by his attorneys in this action is now **terminated.**

**II.**

The case management plan tendered on May 25, 2007, is **approved** as submitted subject to the following **modifications**:

    a.    The plaintiff shall have **through July 30, 2007**, in which to respond to the pending motion for summary judgment;

    b.    References to the intervenor plaintiffs are excluded;

    c.    As to Section IX of the tendered case management plan, the court notes that the decision in *Panetti v. Quarterman*, 2007 WL 1836653 (June 28, 2007) has been issued.

**IT IS SO ORDERED.**

Date: 07/12/2007

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Alan M. Freedman
MIDWEST CENTER FOR JUSTICE LTD
fbpc@aol.com

Carol Rose Heise
MIDWEST CENTER FOR JUSTICE LTD
fbpc@aol.com

Betsy M. Isenberg
INDIANA STATE ATTORNEY GENERAL
Betsy.Isenberg@atg.in.gov

Laurence E. Komp
lekomp@swbell.net

Thomas D. Quigley
INDIANA STATE ATTORNEY GENERAL
thomas.quigley@atg.in.gov

Richard A. Waples
WAPLES & HANGER
richwaples@aol.com

Brent Westerfeld
bwesterfeld@wkelaw.com

Lorinda Meier Youngcourt
EVANS & YOUNGCOURT
lmyoungcourt@hughes.net