UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

NORMAN TIMBERLAKE, )
 )
        Plaintiff, )
vs. ) No. 1:06-cv-1859-RLY-WTL
 )
ED BUSS, Superintendent, )
 Indiana State Prison, )
 )
        Defendant. )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant's motion for summary judgment is **granted** and that the plaintiff take nothing by his complaint.

Date: August 16, 2007

                                                  RICHARD L. YOUNG, JUDGE
                                                  United States District Court
                                                  Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Distribution:

Betsy M. Isenberg
INDIANA STATE ATTORNEY GENERAL
Betsy.Isenberg@atg.in.gov

Thomas D. Quigley
INDIANA STATE ATTORNEY GENERAL
thomas.quigley@atg.in.gov

Richard A. Waples
WAPLES & HANGER
richwaples@aol.com

Brent Westerfeld
bwesterfeld@wkelaw.com

Lorinda Meier Youngcourt
EVANS & YOUNGCOURT
lmyoungcourt@hughes.net