UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NORMAN TIMBERLAKE,<br><br>   Plaintiff,<br>   vs.<br><br>ED BUSS, Superintendent,<br> Indiana State Prison,<br><br>   Defendant. | No. 1:06-cv-1859-RLY-WTL |

### Order Directing Issuance of Amended Judgment

The court has previously dismissed the claims of the intervenor plaintiffs as moot, and prior to those rulings had dismissed claims against defendants other than the custodian of the original plaintiff, Norman Timberlake. All claims of and against all parties have been resolved through these rulings and through the ruling granting summary judgment in favor of Superintendent Buss as to the claims of Mr. Timberlake.

It is important, of course, that when issuing a final judgment a district court be entirely clear that the case has ended. To achieve such clarity in this case, an Amended Judgment shall now issue.

**IT IS SO ORDERED.**

Date: 8/17/07

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana