UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

NORMAN TIMBERLAKE, )
)
       Plaintiff, )
vs. ) No. 1:06-cv-1859-RLY-WTL
)
ED BUSS, Superintendent, )
 Indiana State Prison, )
)
       Defendant. )

## AMENDED JUDGMENT

The court, having previously made its rulings resolving all claims against all parties,

**IT IS THEREFORE ADJUDGED** that:

1. The claims of David Leon Woods and Michael Lambert are dismissed for lack of jurisdiction as moot;

2. The defendant's motion for summary judgment as to the claim of Norman Timberlake is **granted** and Norman Timberlake shall take nothing by his amended complaint against his custodian, Superintendent Edward Buss; and

3. The claims of Norman Timberlake for injunctive relief dismissed at the outset of the action against defendants other than his custodian are **dismissed as redundant and unnecessary.**

Date: 08/17/2007

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

Deputy Clerk, U.S. District Court

Distribution:

Alan M. Freedman
MIDWEST CENTER FOR JUSTICE LTD
fbpc@aol.com

Carol Rose Heise
MIDWEST CENTER FOR JUSTICE LTD
fbpc@aol.com

Betsy M. Isenberg
INDIANA STATE ATTORNEY GENERAL
Betsy.Isenberg@atg.in.gov

Laurence E. Komp
lekomp@swbell.net

Thomas D. Quigley
INDIANA STATE ATTORNEY GENERAL
thomas.quigley@atg.in.gov

William Van Der Pol Jr.
bvander3@insightbb.com

Linda M. Wagoner
lmwagoner@mchsi.com

Richard A. Waples
WAPLES & HANGER
richwaples@aol.com

Brent Westerfeld
bwesterfeld@wkelaw.com

Lorinda Meier Youngcourt
EVANS & YOUNGCOURT
lmyoungcourt@hughes.net