# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

<u>NOTICE OF ISSUANCE OF MANDATE</u>

**FILED**
JAN 2 2008
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

DATE:   December 28, 2007

TO:   Laura A. Briggs
United States District Court
Southern District of Indiana
Room 105
46 E. Ohio Street
United States Courthouse
Indianapolis, IN  46204
USA

FROM:   Clerk of the Court

RE:   07-1086, 07-3228
Timberlake, Norman v. Buss, Edwin G.
06 C 1841, 06 C 1859, Richard L. Young, Judge

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

[ ] No record filed
[X] Original record on appeal consisting of:

**ENCLOSED:**     **TO BE RETURNED AT LATER DATE:**
[1]   Volumes of pleadings     [ ]
[1]   Volumes of loose pleadings     [ ]
[ ]   Volumes of transcripts     [ ]
[1]   Volumes of exhibits     [ ]
[ ]   Volumes of depositions     [ ]
[ ]   In Camera material     [ ]
[ ]   Other_____

Record being retained for use     [ ]
in Appeal No. _____

Copies of this notice sent to:   Counsel of record
[ ]   United States Marshal
[ ]   United States Probation Office

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

**CERTIFIED COPY**

JUDGMENT- WITHOUT ORAL ARGUMENT

AMENDED December 6, 2007
Date: December 5, 2007

BEFORE:    Honorable FRANK H. EASTERBROOK, Chief Judge

              Honorable KENNETH F. RIPPLE, Circuit Judge

              Honorable DANIEL A. MANION, Circuit Judge

**FILED**
JAN 2 2008
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| NORMAN TIMBERLAKE,<br>    Petitioner-Appellant,<br><br>No. 07-1086          v.<br><br>EDWIN G. BUSS,<br>    Respondent-Appellee. | ] Appeal from the United<br>] States District Court<br>] for the Southern District<br>] of Indiana, Indianapolis<br>] Division.<br>]<br>] No. 06 C 1841<br>]<br>] Richard L. Young,<br>]    Judge. |

---

| | |
|---|---|
| NORMAN TIMBERLAKE,<br>    Plaintiff-Appellant,<br><br>No. 07-3228          v.<br><br>EDWIN G. BUSS, Superintendent,<br>and J. DAVID DONAHUE, Commissioner<br>Indiana Department of Correction,<br>    Defendants-Appellees. | ] Appeal from the United<br>] States District Court<br>] for the Southern District<br>] of Indiana, Indianapolis<br>] Division.<br>]<br>] No. 06 C 1859<br>]<br>] Richard L. Young,<br>]    Judge. |

    Appeal No. 07-1086 has abated and is DISMISSED. As to appeal No. 07-3228, the judgment of the District Court is VACATED and the case is REMANDED with instructions to dismiss for lack of a case or controversy. The above is in accordance with the decision of this court entered on December 5, 2007.

(1060-110393)

> **NONPRECEDENTIAL DISPOSITION**
> To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

**CERTIFIED COPY**

December 5, 2007

Before

**Hon.** FRANK H. EASTERBROOK, *Chief Judge*

**Hon.** KENNETH F. RIPPLE, *Circuit Judge*

**Hon.** DANIEL A. MANION, *Circuit Judge*

| | |
|---|---|
| **No.** 07-1086 | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division. |
| NORMAN TIMBERLAKE, *Petitioner-Appellant*, | |
| v. | |
| EDWIN G. BUSS, Superintendent, *Respondent-Appellee*. | No. 06 C 1841 Richard L. Young, *Judge*. |
| **No.** 07-3228 | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division. |
| NORMAN TIMBERLAKE, *Plaintiff-Appellant*, | |
| v. | |
| EDWIN G. BUSS, Superintendent, and J. DAVID DONAHUE, Commissioner Indiana Department of Correction, *Defendants-Appellees*. | No. 06 C 1859 Richard L. Young, *Judge*. |

Nos. 07-1086 and 07-3228                                                          Page 2

## Order

      Norman Timberlake, who was not only the petitioner in a federal collateral attack on his state sentence but also the plaintiff in an action under 42 U.S.C. §1983 contesting the manner in which the state proposed to carry out the capital sentence, died on November 10, 2007, while appeals in both proceedings were pending in this court. Appeal No. 07-1086, which concerns the proceeding under 28 U.S.C. §2254, has abated and is dismissed. See *Johnson v. Tennessee*, 214 U.S. 485 (1909). The §1983 action has become moot, and the district court's judgment is vacated and the case remanded with instructions to dismiss for lack of a case or controversy. See *United States v. Munsingwear, Inc.*, 340 U.S. 36 (1950).